1

CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282

2

Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082

3

Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200

4

San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax

5

AmandaS@potterhandy.com

6

Attorneys for Plaintiff, SCOTT JOHNSON

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SCOTT JOHNSON                    )    Case No.: 5:21-cv-05643-SVK
                                 )
11

    Plaintiff,                   )
                                 )

12

  v.                             )    **NOTICE OF SETTLEMENT AND**
                                 )    **REQUEST TO VACATE ALL**
                                 )    **CURRENTLY SET DATES**

13

TAN LU 3, INC., a California Corporation )
                                 )

14

    Defendants.                  )
                                 )

15

                                 )
                                 )

16

                                 )

17

        The plaintiff hereby notifies the court that a provisional settlement has been

18

reached in the above-captioned case. The Parties would like to avoid any additional

19

expense while they focus efforts on finalizing the terms of the settlement and reducing it

20

to a writing.

21

        The plaintiff, therefore, applies to this Honorable Court to vacate all currently set

22

dates with the expectation that the settlement will be consummated within the coming

23

sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all

24

parties to be filed.

25

                            CENTER FOR DISABILITY ACCESS

26

Dated: November 19, 2021    By: /s/ Amanda Seabock

27

                                Amanda Seabock

28

                                Attorney for Plaintiff