CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net
Attorney for Defendant
Tan Lu 3, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>       Plaintiff,<br><br>  v.<br><br>TAN LU 3, INC., a California Corporation<br><br>       Defendants. | Case: 5:21-cv-05643-SVK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 7, 2021        CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: December 7, 2021        Law Office of Rick Morin, PC

                               By: /s/ Richard Morin
                                   Richard Morin
                                   Attorney for Defendant
                                   Tan Lu 3, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Tan Lu 3, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 7, 2021            CENTER FOR DISABILITY ACCESS

                                                   By: /s/ Amanda Seabock
                                                        Amanda Seabock
                                                        Attorneys for Plaintiff